AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
FILED
JAN 10 2020
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Liliana GARCIA-Escobedo<br>YOB: 1985; Mexico<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. M-20-0046-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326 | Being then and there an alien who had previously been deported, or removed, from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo County, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved by

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/10/2020__

_____
Judge's signature

City and state: __McAllen, Texas__

J. Scott Hacker United States Magistrate Judge
*Printed name and title*

ATTACHMENT A

On January 9, 2020, Special Agents (SAs) from Homeland Security Investigations (HSI) encountered Liliana GARCIA-Escobedo (hereafter referred to as GARCIA-Escobedo) in Mission, Texas.

SAs asked GARCIA-Escobedo if GARCIA-Escobedo had any identification and GARCIA-Escobedo presented SAs with a Mexican passport. SAs asked GARCIA-Escobedo if ESCOBEDO-Garcia had any different identity documents and GARCIA-Escobedo stated GARCIA-Escobedo did not.

GARCIA-Escobedo was transported to the HSI McAllen Office and, during processing, GARCIA-Escobedo stated GARCIA-Escobedo was born in Mexico and last entered the United States from Mexico illegally by crossing the Rio Grande River.

Record checks revealed that, on or about, January 14, 2004, GARCIA-Escobedo was encountered by Customs and Border Protection Officers at the Hidalgo, Texas, Port of Entry (POE), and was processed as an Expedited Removal and ordered removed from the United States. On January 14, 2004, GARCIA-Escobedo was removed to Mexico via the Hidalgo, Texas, POE. *The defendant had re-entered the United States without the permission of the Secretary of Homeland Security or the U.S. Attorney General and lacked status to be in the United States. - RPM*